# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CECILIA SHORT,<br><br>      Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>      Defendant. | No.: 1:17-cv-00451-JCH-KK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff Cecilia Short and Defendant The Lincoln National Life Insurance Company ("Lincoln") stipulate that Plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear her/its own costs and expenses of litigation.

Dated: June 5, 2017

                FOR PLAINTIFF:

                DONALD D. VIGIL, P.C.
                100 Fourteenth St. SW
                Albuquerque, NM 871

                BY: /s/ Donald D. Vigil

FOR DEFENDANT:

STELZNER, WINTER, WARBURTON
   FLORES, SANCHEZ & DAWES, P.A.
302 Eighth Street NW, Suite 200
P. O. Box 528
Albuquerque, NM  87103
(505) 938-7770


BY:  */s/ Robert P. Warburton*
      ROBERT P. WARBURTON

and

Byrne J. Decker, Esq.
Kyle N. Kirby, Esq.
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101

*Attorneys for The Lincoln National Life Insurance Company*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of June, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Donald D. Vigil [donvigil@donalddvigil.com]
DONALD D. VIGIL, P.C.
100 Fourteenth St. SW
Albuquerque, NM 871

*/s/ Robert P. Warburton*
Robert P. Warburton